1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ELITE READY-MIX, LLC, a California limited liability company, dba ELITE READY MIX & BUILDING MATERIALS,<br><br>    Defendant. | CASE NO.    3:25-cv-08540-TSH<br><br>**ORDER ON JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT AND AMENDED COUNTER CLAIM; AND  ORDER** |
| AND RELATED COUNTER CLAIM. | |

## <u>ORDER</u>

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff/Counter Defendant, United National Insurance Company ("United National") is granted leave to file its Second Amended Complaint for Damages, a redline copy of which is attached to the Stipulation as **Exhibit "A."**

**IT IS ALSO ORDERED** that Defendant/Counter Claimant Elite Ready-Mix, LLC's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

**IT IS HEREBY FURTHER ORDERED** that Defendant/Counter Claimant Elite Ready-Mix, LLC ("Elite") is granted leave to amend to file its Amended Counterclaim, a redline copy of which is

attached to the Stipulation **as Exhibit "B."**

   **IT IS ALSO ORDERED** that United National's responsive pleading shall be due thirty (30)

days after the Amended Counterclaim is filed.

IT IS SO ORDERED.

 Dated: December 29, 2025

_____
Honorable Thomas S. Hixson
UNITED STATES MAGISTRATE JUDGE