United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED NATIONAL INSURANCE COMPANY,

Plaintiff,

v.

ELITE READY-MIX, LLC,

Defendant.

Case No. 25-cv-08540-TSH

**JUDGMENT**

On August 14, 2026, the Court granted Plaintiff United National Insurance Company's motion for summary judgment and denied Defendant Elite Ready-Mix, LLC's motion for summary judgment. ECF No. 61. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Plaintiff and against Defendant in the amount of $5 million. The Clerk of Court shall terminate the case.

**IT IS SO ORDERED.**

Dated: August 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge