United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>ELITE READY-MIX, LLC,<br>Defendant. | Case No. 25-cv-08540-TSH<br>**ORDER RE: PLAINTIFF'S MOTION TO ALTER JUDGMENT**<br>Re: Dkt. No. 64 |

Plaintiff United National Insurance Company ("United") initiated this insurance action against Defendant Elite Ready-Mix, LLC ("Elite"), alleging that United has no duty to indemnify Elite under the parties' insurance contract. ECF No. 1. On August 14, 2026, the Court granted summary judgment in United's favor. ECF No. 61. On August 17, 2026, the Court entered judgment in favor of United for $5,000,000. ECF No. 62.

Pending before the Court is United's Motion to Alter Judgment to Add Prejudgment Interest.[1] ECF No. 64 ("Mot."). Elite did not file a response to the Motion. Federal courts sitting in diversity apply state law to claims for prejudgment interest. *In re Exxon Valdez*, 484 F.3d 1098, 1101 (9th Cir. 2007). The Court agrees with United that under California law, United is entitled to interest at a rate of 10% per annum, calculated from the date United paid $5 million on Elite's behalf (December 3, 2025) to the date the Court entered judgment in favor of United (August 17, 2026). Mot. at 3; *see* Cal. Civ. Code § 3287 (right to recover pre-judgment interest on damages certain from time amount of damages become certain); Cal. Civ. Code § 3289 (interest rate of 10% per annum on contract action where contract does not stipulate a legal rate of interest); *Evanston*

[1] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). ECF Nos. 8, 12.

United States District Court
Northern District of California

*Ins. Co. v. OEA, Inc.*, 566 F.3d 915, 921 (9th Cir. 2009) (citing *Levy-Zentner Co. v. S. Pac. Transportation Co.*, 74 Cal. App. 3d 762 (1977)) ("prejudgment interest runs from the day damages are of a nature to be certain or capable of being made certain").

Accordingly, the Court **GRANTS** United's Motion to Alter Judgment to Add Prejudgment Interest and sets pre-judgment interest at 10% per annum on the $5,000,000 damages award, calculated as simple interest, from the period of December 3, 2025, to August 17, 2026. Under these parameters, the Court determines that United is entitled to daily pre-judgment interest of $1,369.86 for a total of $352,054.02 in pre-judgment interest. The Court will issue an amended judgment reflecting the award of pre-judgment interest.

**IT IS SO ORDERED.**

Dated: September 14, 2026

THOMAS S. HIXSON
United States Magistrate Judge