COPELAND LAW FIRM, APC
STEVEN B. COPELAND, ESQ.
19201 SONOMA HWY., STE. 106
SONOMA, CA 95476
Tel: (424) 234-9701
Email: sbc@copelandlawpc.com

*Attorneys for Defendant*
Elite Ready-Mix, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

UNITED NATIONAL INSURANCE COMPANY,

Plaintiff,

v.

ELITE READY-MIX, LLC,

Defendant.

Case No. 25-cv-08540-TSH

**STIPULATION AND ~~[PROPOSED]~~ ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION OF AMENDED JUDGMENT (ECF NO. 69)**

Judge: Hon. Thomas S. Hixson

**STIPULATION AND ~~[PROPOSED]~~ ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION OF AMENDED JUDGMENT (ECF NO. 69)**

WHEREAS, this Court entered its Order Re: Cross-Motions for Summary Judgment on August 14, 2026, ECF No. 61;

WHEREAS, this Court entered judgment in favor of Plaintiff United National Insurance Company ("United National) and against defendant Elite Ready-Mix, LLC ("Elite") on August 17, 2026, ECF No. 62;

WHEREAS, United National moved to alter judgment on August 18, 2026, ECF No. 64;

WHEREAS, Elite filed its notice of appeal from the August 18 judgment to the United States Court of Appeals for the Ninth Circuit on September 4, 2026, ECF No. 65;

WHEREAS, this Court granted United National's motion to alter judgment on September 14, 2026, ECF No. 68;

WHEREAS, this Court entered amended judgment in favor of United National and against Elite on September 14, 2026, in the amount of $5,352,054.02, ECF No. 69;

WHEREAS, Elite timely filed its notice of appeal of amended judgment to the United States Court of Appeals for the Ninth Circuit on October 2, 2026, ECF No. 70;

WHEREAS, Elite and United National (the "Parties") met and conferred regarding a supersedeas bond amount;

WHEREAS, no local rule governs the specific amount of a supersedeas bond and this Court holds discretion in setting the supersedeas bond amount (*Jones v. Nat'l R.R. Passenger Corp.*, 2025 WL 2689262, No. 15-cv-02726-TSH, at *2 (N.D. Cal. Sept. 18, 2025)),[1]

WHEREAS, the Parties met and conferred and agreed to a bond in the amount of $6,690,067.53, which is approximately 125% of the amended judgment.

/ / /

/ / /

[1] *See, e.g.*, *Jones*, 2025 WL 2689262, at *2 ("[D]istrict courts have inherent discretionary authority in setting supersedeas bonds[.]" (second alteration in original) (quoting *Rachel v. Banana Republic, Inc.*, 831 F.2d 1503, 1505 n.1 (9th Cir. 1987))).

WHEREAS, the Parties also agree that Elite will obtain the bond within 30 days of the entry of this stipulation and order, and that once the bond is obtained and filed the enforcement of the judgment will be stayed during the pendency of Elite's appeal.

IT IS THEREFORE HEREBY STIPULATED AND AGREED, by the Parties, by and through their respective counsel of record, as follows:

1. The Court approves a supersedeas bond in the amount of $6,690,067.53.

2. Elite will obtain the supersedeas bond and file it with the Court within 30 days of the date of this order.

3. The filing of the bond in this Court will stay the amended judgment (ECF No. 69) pending the determination of Elite's appeal. *See* Fed. R. Civ. P. 62(b).

DATED: October 23, 2026

COPELAND LAW FIRM

By: */s/* Steven B. Copeland
Steven B. Copeland

*Attorneys for Defendant*
Elite Ready-Mix, LLC

DATED: October 23, 2026

LEHAVI STARGARDTER, LLP

By: */s/* Limor Lehavi
Limor Lehavi

*Attorneys for Plaintiff*
United National Insurance Company

**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: October 23, 2026________

THOMAS S. HIXSON
United States Magistrate Judge